OPINION — AG — ** ELECTION — SUCCESSOR — VACANCIES ** (1) THE SPECIAL PROVISIONS OF 51 O.S. 10 [51-10](B) PREVAIL OVER THE GENERAL PROVISIONS OF 51 O.S. 15 [51-15] TO PERMIT THE SUCCESSFUL PARTY OF A SPECIAL ELECTION HELD PURSUANT TO 51 O.S. 10 [51-10](B) TO TAKE OFFICE AFTER BEING DECLARED THE SUCCESSFUL PARTY AND CERTIFIED ACCORDING TO LAW. (2) THE SUCCESSFUL PARTY OF THE SPECIAL ELECTION HELD UNDER 51 O.S. 10 [51-10](B) ASSUMES THE DUTIES OF THE OFFICE AS SOON AS POSSIBLE AFTER CERTIFICATION PURSUANT TO THE PROVISIONS OF 26 O.S. 1-101 [26-1-101] 26 O.S. 1-103 [26-1-103], 26 O.S. 6-102 [26-6-102], 26 O.S. 12-109 [26-12-109] AND 26 O.S. 8-108 [26-8-108] (APPOINTED OFFICERS RUNOFF, PRIMARY, ELECTION, UNEXPIRED TERM APPOINTMENT) CITE: OPINION NO. 68-230, OPINION NO. 81-201, OPINION NO. 82-264, 26 O.S. 102 [26-102] 26 O.S. 12-109 [26-12-109] (OZELLA M. WILLIS)